FILED

OcT- 5 2000

LA... PROPES, CLERK
U. S. ... STRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Randy Anthony Weaver, ) | **C/A No. 6:00-2981-13AK** |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Larry W. Powers, Director of Spartanburg County Detention ) | |
| Center, ) | |
| ) | |
| Respondent. ) | |
| ) | |

A Petition for Writ of Habeas Corpus has been submitted to the Court under either 28 U.S.C. § 2241 or 28 U.S.C. § 2254.

The Office of the Clerk of Court is directed *not* to authorize the issuance and service of process in the above-captioned case, unless it (the Office of the Clerk of Court) is instructed by a United States District Judge or a Senior United States District Judge to do so.

The Clerk of Court may file the pleadings as of the date they are received for docketing.*

The petitioner is a *pro se* litigant. His attention is directed to the following important notice:

## TO THE PETITIONER:

**You are ordered to always keep the Clerk of Court advised in writing (Post Office Box 10768, Greenville, South Carolina 29603) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of**

---

*In the unlikely event that a limitations issue arises in the above-captioned case, the petitioner will have the benefit of the holding in Houston v. Lack, 487 U.S. 266, 101 L. Ed. 2d 245, 108 S. Ct. 2379 (1988). The Houston v. Lack "delivery" date in the above-captioned case is September 14, 2000.

1



such change of address.  Your failure to do so will not be excused by the court.

Put this order with your own record of this case so that you will not overlook your duty.  If an attorney serves you by mail on behalf of a defendant or a respondent, you also have a duty to notify that attorney if your address is to be changed for mail purposes.

The petitioner is, hereby, informed that if his address changes in the future, he must provide *his* prison or jail address.  Hence, the Office of the Clerk of Court shall *not* enter any change of address submitted by the petitioner which directs that mail be sent to a person other than the petitioner unless that person is an attorney admitted to practice before this court, and the attorney has entered an appearance.

**IT IS SO ORDERED.**

10-5-00
_____
(Date)
Greenville, South Carolina

_____
William M. Catoe, Jr.
United States Magistrate Judge

2